-To whom it may concern

FOR CORWIN JOHNSON INMATE  AT POLUNSKY UNIT #1847748

82,757-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

THIS IS FOR WR#8275701

THIS IS A AFFIDAVIT FOR OUR MARRIAGE AND TO EXPLAIN THAT THE DA DID KNOW I WASN'T COMING TO COURT. I TOLD THEM I WAS NOT GOING TO PRESS CHARGES AND I LOVED CORWIN JOHNSON. I DID NOT SHOW UP AT COURT BY CHOICE. I DO NOT OR DID NOT WISH TO PURSUE CHARGES AND I DID AN AFFIDAVIT BEFORE STAING THAT.

PLEASE CONSIDER THIS WHEN LOOKING AT HIS CASE. WE ARE MARRIED NOW, AND I AM NOT AFRAID OF CORWIN. WE BOTH ARE IN THIS MARRIAGE TRTING TO START OUR LIVES OVER. I DON'T WANT TO FILE CHARGES ON CORWIN AND I AM NOT AFRAID OF HIM NOR WAS I HIDING FROM COURT BECAUSE OF HIM.

I ONLY ASK THAT YOU WOULD CONSIDER THIS, AND SEND HIM HOME. I WAS THERE WHEN MR. LITTLE HAD ME SIGN PAPERS THAT- I WAS NOT AFRAID OF CORWIN. HIS MHMR WORKER WAS NOT COOPERATING WITH CORWIN, AND DID NOT HAVE HI, ON HIS MEDS AND WE WERE SELF MEIDACTING AT THE TIME.

I HAVE BEEN 2 YEARS CLEAN NOW AND I DON'T LIVE THAT WAY ANYMORE. WE ONLY WANT TO BE PRODUCTIVE CITIZENS AND HAVE A NEW START AND OBEY THE LAW.

RESPECTFULLY SUBMITTED,

IT IS OUR PRAYER THAT YOU WILL CONSIDER OUR PLEA SIR AND/OR MA"AM,

ZANETA EDWARDS-JOHNSON – 409-383-8561 (text line only)

Mommaboy73@gmail.com

(WR) 8275701
Corwin Johnson

NO. ~WR-8275701

CORWIN JOHNSON                                    STATE OF TEXAS

§
§
§
§
§

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF POLK COUNTY

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

ZANETA EDWARDS , who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is            ZANETA EDWARDS            .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

THE DA OF JEFFERSON COUNTY IS LYING WHEN THEY SAID THAT THEY COULD NOT FIND ME OR THAT I WAS HIDING BECAUSE I WAS AFRAID. I DO NOT WISH TO PRESS CHARGES ON OR HIDE FROM CORWIN. I MARRIED HIM BECAUSE I LOVE HIM AND IT WAS ALL A MISUNDERSTANDING WHILE WE WERE ON DRUGS. I LOVE CORWIN AND I BEEN FORGAVE HIME FOR ALL THE INCIDENTS WE WENT THRU. I AM SENDING YOU PROOF THAT WE WERE TAKING STEPD TO MARRY. I DO NOT FEAR MY HUSBAND, AND I AM NOT WORRIED ABOUT HIM HURTING ME OR THE INCIDENT THAT HAPPENED 2 YEARS AGO. I NEVER WISHED TO PURSUE ANY CHARGES. I AM NOT AFRAID OF CORWIN JOHNSON, THAT IS WHY I MARRIED HIM. WE HAVE BOTH GOTTEN CLEAN AND SOBER SINCE THIS OCCURRED. WE ARE OFF DRUGS AND I HAVE CHANGED MY LIFE. I DID TELL THE DITRICT ATTORNEY OF JEFFERSON COUNTY I WAS NOT COMING TO PRESS CHARGES ON CORWIN. THEY KNEW EXACTLY WHERE I WAS. THEY KNEW I WASNT COMING TO COURT. CORWIN AND I WERE BOTH USING FDRUGS AT THE TIME AND SELF MEDICATING AND OFF OUR MEDS. I WAS USING CRACK , METH, AND MARIJUANA AT THE TIME AND WAS NOT IN MY RIGHT MIND. THEY KNEW THIS BEFORE THEY SENTENCED CORWIN. I LOVE CORWIN AND DO NOT FEAR ⊞





_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
*Zaneta Edwards* (signature)

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of ____**Polk**____
[name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the __16__ day of ____**March**____, __2015__ year, by

**ZANETA EDWARDS**.
[PRINT the first and last names of the person who is signing this affidavit.]

SARAH BEUMEL
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 01-20-2019

_____
Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]

## AFFIDAVIT OF INFORMAL MARRIAGE
### FOR THE OPERATIONAL PURPOSES OF
## THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE

I, SOLEMNLY SWEAR (OR AFFIRM) THAT I, CORWIN JOHNSON , agreed to be married to ZANETA EDWARDS on or about the date of 2·19·11 and after that agreement we lived together in this state as husband and wife and we represented to others that we were married.

Answer true or false to each of the following statements:

☒True ☐False   I am 18 years of age or older and not incapacitated in any way.

☒True ☐False   I am not an ancestor or descendant, by blood or adoption, to the spouse I claim herein.

☒True ☐False   I am not a brother or sister, of the whole or half blood or by adoption, to the spouse I claim herein.

☒True ☐False   I am not a parent's brother or sister, of the whole or half blood or by adoption, to the spouse I claim herein.

☒True ☐False   I am not a son or daughter of a brother or sister, of the whole or half blood or by adoption, to the spouse I claim herein.

☒True ☐False   I am not of the same sex as the spouse I claim herein.

☒True ☐False   I have not been divorced from a third party within the past 30 days.

☒True ☐False   I am not currently married to a third party.

Husband's Information:
Full Name   Johnson        Corwin         Demetrius
            Last            First          Middle

Address   _____

Date of Birth   _1-1-80_

Place of Birth   Houston     Harris      TX
                 City        County      State

Social Security No.   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

SID or TDCJ No.   01847748

Wife's Information:
Full Name ___Edwards Zareta___
Last          First          Middle

Address ___701 Caldwell Lot 4___
___Jasper, TX 75915___

Date of Birth ___July 7th 1973___

Place of Birth ___Houston Harris Texas___
City          County         State

Social Security No. ___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___

SID or TDCJ No. _____

Attached to this affidavit is a copy of a ___Tx ID___ (Drivers' License, State Issued ID, Birth Certificate) submitted as proof of age and identity;

The information in this affidavit is true and correct to the best of my knowledge and is intended as a declaration of an informal marriage consistent with the laws of the State of Texas. I understand that the information contained herein shall be considered by the Texas Department of Criminal Justice for operational purposes, to include employment and/or visitation, and shall not serve as a filing of a Declaration of Informal Marriage in accordance with the Texas Family Code.

EXECUTED on this the ___5___ day of ___November___, 20_13_.

___Zaneta Edwards___
AFFIANT

STATE OF TEXAS §
COUNTY OF ___Jasper___ §

SWORN AND SUBSCRIBED, BEFORE ME, the undersigned authority, by ___ZAneta Edwards___ on this the ___5___ day of ___Nov___, 20_13_.

___Shawna Butler___
NOTARY PUBLIC, STATE OF TEXAS

SHAWNA D. BUTLER
MY COMMISSION EXPIRES
February 8, 2017

(Affix Notary)